**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter C. Jenkins; Erica W. Jenkins, ) | CV 12-08027-PCT-FJM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Michael A. Bosco, Jr., et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the parties' stipulation (doc. 8), **IT IS ORDERED DISMISSING** this action as to all defendants with prejudice. Each party to bear his own costs and attorney's fees. Defendant Quicken Loans Incorporated's motion to dismiss is **DENIED** on grounds of mootness (doc. 5). The Clerk shall enter judgment.

DATED this 19th day of March, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge